UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
JUSTIN A. KUEHN, on behalf of himself and all : 
others similarly situated, :
: Case No. 12 Civ. 3287 (DLC)
Plaintiff, :
: **DECLARATION OF**
vs. : **JOSEPH E. STRAUSS**
:
CITIBANK, N.A., THE STUDENT LOAN :
CORPORATION, and DISCOVER BANK, :
:
Defendants. :
------------------------------------------------------------- X

      JOSEPH E. STRAUSS, under penalty of perjury, declares:

      1.      I am an attorney with Stroock & Stroock & Lavan LLP, counsel for Defendants Citibank, N.A., The Student Loan Corporation, and Discover Bank (together, "Defendants") in the above-captioned action.  I submit this Declaration to present to the Court documents cited in, but not annexed to, Defendants' memorandum of law in support of their Motion, pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 et seq., to Compel Arbitration and Stay the Action.

      2.      Attached hereto as Exhibit A is a true and correct copy of the Class Action Complaint, dated April 25, 2012.

      I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       August 16, 2012

                                      /s/ Joseph E. Strauss
                                        Joseph E. Strauss