UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN A. KUEHN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>     v.<br><br>CITIBANK, N.A., THE STUDENT LOAN CORPORATION, and DISCOVER BANK,<br><br>      Defendants. | Case No. 12 Civ. 3287 (DLC) |

## STIPULATION OF DISMISSAL

The parties hereto, by and through their undersigned counsel, hereby stipulate and agree to dismiss the above-captioned adversary proceeding with prejudice, with each party to bear its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: New York, New York
   December 2, 2013

| STROOK & STROOK & LAVAN LLP | BRAGAR EAGEL & SQUIRE, P.C. |
|---|---|
| By: /s/ Joseph E. Strauss___<br>  Joseph E. Strauss (JES-1788)<br>180 Maiden Lane<br>New York, New York 10038<br>Tel: (212) 806-5400<br>jstrauss@strook.com<br><br>*Attorneys for Defendants* | By: /s/ Lawrence P. Eagel_____<br>  Lawrence P. Eagel (LE4504)<br>885 Third Avenue, 30th Floor<br>New York, New York 10022<br>Tel: (212) 308-585<br>Fax: (212) 486-0462<br>eagel@bespc.com<br><br>*Attorneys for Plaintiff* |